**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 26-6380**

─────────────

MARK ROOTE,

　　　　Plaintiff - Appellant,

　　　v.

KERSHAW COUNTY; KERSHAW COUNTY SHERIFF'S OFFICE; SHERIFF
LEE BOAN, individually and in his official capacity as Kershaw County Sheriff;
DANNY TEMPLAR,

　　　　Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of South Carolina, at
Columbia.  Sherri A. Lydon, District Judge.  (3:25-cv-01392-SAL)

─────────────

Submitted:  July 16, 2026　　　　　　　　　　　　Decided:  July 21, 2026

─────────────

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Mark Roote, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Roote appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motion for summary judgment on Roote's civil complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Roote v. Kershaw Cnty.*, No. 3:25-cv-01392-SAL (D.S.C. Mar. 5, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* Roote has moved for leave to file a supplemental informal brief. We grant that motion. He has also moved for disability accommodations in the event that this appeal is scheduled for oral argument. We deny that motion as moot.